IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEITH COOPER, <br><br> Plaintiff, <br><br> v. <br><br> AIRBUS AMERICAS, INC., <br><br> Defendant. | Case No. 23-309 <br><br> **TRIAL BY JURY REQUESTED** |

## COMPLAINT
## INTRODUCTORY AND JURISDICTIONAL STATEMENT

Plaintiff, Keith Cooper, files complaint seeking principally declaratory and injunctive relief, back pay, compensatory damages, and other relief to redress unlawful discrimination in employment.

This action is brought pursuant to 42 U.S.C. § 1981, as amended, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a).

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 1331 and 1343, and 42 U.S.C. Section 2000e.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff filed a timely Charge of Discrimination against the Defendant with the Equal Employment Opportunity Commission, and now files this Compliant within Ninety (90) days of receiving his Notice of Rights. Therefore, Plaintiff has exhausted his administrative remedies.

1

## II.
## PARTIES

1.    Plaintiff, Keith Cooper, is an African-American male residing in Mobile County, Alabama. Mr. Cooper became the first Black engineer ever employed at the Airbus Americas Inc., U.S. Manufacturing Facility in Mobile, AL, when he was hired as a mechanical engineer in February 2021.

2.    Defendant, Airbus Americas Inc., a subsidiary of multinational aerospace corporation Airbus, is a commercial aircraft manufacturer that operates the Airbus U.S. Manufacturing Facility in Mobile, AL. The U.S. Manufacturing Facility is also known as the Mobile Manufacturing Site ("MMS") and produces commercial aircraft and was the facility at which Plaintiff was employed until his unlawful termination.

## III.
## FACTUAL ALLEGATIONS

3.    In or around February 15, 2021, Plaintiff was hired as a manufacturing engineer on the flightline of the MMS. Plaintiff had been initially hired as a corrosion specialist at the MMS and worked in that role from 2019 to 2021.

4.    Plaintiff was the first Black engineer to ever work on the "flightline", the area of the MMS where commercial aircraft are outfitted according to customer specifications immediately prior to delivery.

5.    The flightline team Plaintiff joined was comprised entirely of White

employees: flightline manager Bruno Fiton and fellow mechanical engineers Bernard Bousquet, Reid Stewart, and Alexandro Tijerina, along with Tamara Thames, a logistics manager.

6.     On information and belief, Plaintiff avers that his status as the first and only Black mechanical engineer on the flightline engendered a hostile response from his White colleagues that culminated in his unlawful termination.

7.     Reid Stewart, assigned to assist Plaintiff in his transition onto the flightline team, was aggressive and hostile towards Plaintiff throughout their training period together. Stewart was impatient with Plaintiff's questions and provided truncated explanations to Plaintiff's queries.

8.     Stewart, in tandem with flightline member Alexandro Tijerina, endeavored to deploy the term "boy" in facetious conversations amongst themselves (while using exaggerated Southern drawls) to mock Plaintiff's manner of speaking whenever he was within earshot. Logistics manager Tamara Thames joined in her colleague's racial hostility towards Plaintiff with mocking impersonations of Black preachers.

9.     Alexandro Tijerina and Bernard Bousquet both told Plaintiff on various occasions that he was "not educated" and that he "did not deserve to be" at Airbus and routinely demeaned Plaintiff's intelligence.

3

10. Tijerina also accused Plaintiff of taking the mechanical engineer job from a White friend of Tijerina's who Tijerina believed was more qualified than Plaintiff.

11. On May 25, 2021, Plaintiff sent an email to Defendant's human resources officer Ethan Mattox complaining of racial discrimination, racially abusive treatment from his colleagues, and the sub-standard training he was receiving as a result.

12. Plaintiff was particularly concerned that he was not receiving the formalized training from professional instructor at the Airbus training facility in Germany that had been afforded his White colleagues.

13. By contrast, Plaintiff's trainer Reid Stewart had no training as a trainer and had no established training regimen to facilitate Plaintiff's onboarding as a member of the flightline.

14. Defendant was made aware of the deficient training Plaintiff had received when it was revealed during Plaintiff's initial 90-day performance assessment that he had not yet been trained on "concessions", a critical facet of a flightline engineer's job duties.

15. Following his email complaint of racism to human resources, Bernard Bousquet was assigned to continue training Plaintiff. Bousquet, who had previously questioned Plaintiff's intelligence, confronted Plaintiff with ad hoc training

assessments containing obvious errors and inaccuracies in hopes of proving the flightline team's thesis that Plaintiff was unqualified to be a part of their team.

16.    In or around August 2021, rather than take efforts to stop the racial harassment retarding Plaintiff's development as a flightline engineer, Defendant placed Plaintiff on a performance improvement plan.

17.    Plaintiff was transferred to serve as a mechanical engineer in the flowline area (where planes are assembled) of the MMS as part of the performance improvement plan and assigned flowline mechanical engineer Eric Crosby as a trainer.

18.    In contrast to the training he received from his flowline colleagues, Plaintiff exceled under the tutelage of Crosby and received good feedback for his work while performing under the terms of the performance improvement plan.

19.    Flowline manager Bruno Fiton, however, administered Plaintiff's final performance assessment on or around September 2021, however, and ensured that Plaintiff would not achieve a passing result by intentionally questioning Plaintiff on a topic for which he had not yet been trained.

20.    Defendant terminated Plaintiff's employment on September 10, 2021, approximately six months after he became the first Black person to serve as a flowline mechanical engineer, and despite the fact that the learning curve for mechanical engineers at MMS is at least six months.

## V.
## <u>CAUSES OF ACTION</u>

### Count I
### (Discrimination in Violation of Title VII)

21.    Plaintiff hereby repeats, reiterates, and realleges each and every allegation in each of the preceding paragraphs, as if fully set forth herein.

22.    By the acts and practices described above, Defendant has discriminated against Plaintiff in the terms and conditions of his employment on the basis of his race in violation of Title VII.

23.    Defendant knew that its actions constituted unlawful discrimination under Title VII and/or acted with malice or reckless indifference to Plaintiff's statutorily protected rights.

### Count II
### (Discrimination in Violation of 42 U.S.C. Sec. 1981)

24.    Plaintiff hereby repeats, reiterates, and realleges each and every allegation in each of the preceding paragraphs, as if fully set forth herein.

25.    Because of the actions as outlined above, Defendants has engaged in unlawful discrimination against Plaintiff on the basis of his race in violation of 42 U.S.C. Section 1981.

6

## VI.
## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

(a)   A declaratory judgment that the Defendant has discriminated against Plaintiff on the basis of his race in violation of Title VII;

(b)   A declaratory judgment that the Defendant has violated the anti-discrimination provisions of 42 U.S.C. Section 1981;

(c)   Award Plaintiff the sum of $300,000.00 as compensatory damages;

(d)   Award Plaintiff his costs and expenses incurred in bringing this action, including reasonable attorney's fees, and such other relief as the court may deem just and proper.

**TRIAL BY JURY REQUESTED**.

<u>s/Ronnie L. Williams</u> (WILLR6024)
Williams & Associates, LLC
Attorneys for Plaintiff Keith Cooper
814 St. Francis Street
Mobile, Alabama 36602
Tel: (251) 432-6985
ron@williams-llc.com