IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEITH COOPER, ) | |
| ) | |
|   Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 23-0309-MU |
| ) | |
| AIRBUS AMERICAS, INC., ) | |
| ) | |
|   Defendant. ) | |

## **JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Judgment is entered in favor of Defendant Airbus Americas, Inc. and against Plaintiff Keith Cooper.

**DONE** and **ORDERED** this the **28th** day of **January, 2025**.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE